

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court